WESTERN DIS.
September, 1841.
———————
PARRY
vs.
HANNON.

———————

PARRY vs. HANNON.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT FOR THE PARISH OF ST.
MARTIN, THE JUDGE OF THE SEVENTH PRESIDING.

The case depends entirely on facts and calculations made by auditors and the inferior court, which are approved and judgment affirmed.

This case grew out of a partnership in a small steamboat and joint ownership in a tract of land. The plaintiff and defendant being partners, a serious misunderstanding arose between them, and this suit was instituted to settle and dissolve the partnership affairs, and to recover any balance that may be found due the plaintiff.

The defendant pleaded the general issue, and claimed a large balance due to him.

When the cause was at issue it was sent before auditors who reported a balance for plaintiff, when after making deductions in favor of the defendant, there was a judgment for the plaintiff of $240, with interest, &c. The defendant appealed.

*Voorhies*, for the plaintiff.

*Morse & Magill*, contra.

50     VOL. XIX.

WESTERN DIS.
September,1841.

PARRY
vs.
HANNON.

*Garland, J.* delivered the opinion of the court.

The plaintiff and defendant were partners in a small steamboat called the Alligator, and a small tract of land at the Grand Tour. A serious misunderstanding having taken place between them, the defendant left the boat, when the plaintiff commenced this suit for a settlement of the partnership and a partition of the property, to effect which a sale was made by consent of parties. All the accounts were also by consent submitted to auditors, who after a long examination made a report, stating a certain balance as owing from defendant to plaintiff, reserving a few specific items for the decision of the court, they involving some questions which the auditors did not undertake to decide. When the report was made, it is in evidence that both parties consented to it as far as it went, and the court decided on the points reserved, and materially reduced the amount found by the auditors. From this judgment the defendant appealed. In this court the plaintiff has prayed an amendment of the judgment alleging it is not for a sufficient amount.

The case depends entirely upon facts and calculations; we have given both an attentive examination and are unable to discover any error in the conclusions drawn from them by the auditors and court below.

The judgment of the District Court is therefore affirmed with costs.